# DAVIS + GILBERT

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019
212 468 4800
dglaw.com

November 6, 2025

**VIA ECF**

**Danielle C. Zolot**
d 212.237.1462
dzolot@dglaw.com

Hon. Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: The CFO Squad, LLC v. Luke McPherson, Andriy Mushak, and Nicole Cena, Case No. 7:25-cv-08722-KMK

Dear Judge Karas:

As Your Honor is aware, the parties were directed to submit a joint proposed Temporary Restraining Order ("TRO") by close of business on today's date. The parties are working diligently and in good faith to negotiate the terms of a stipulated TRO, however, the parties seek one additional day to come to an agreement and finalize that submission. Thus, the parties jointly respectfully request leave of Court to submit a proposed TRO by tomorrow, November 7, 2025.

Thank you for your consideration.

Granted.
So Ordered
11/6/25

Respectfully submitted,

**DAVIS+GILBERT LLP**

By: /s/ Danielle C. Zolot
Danielle C. Zolot
Daniel A. Dingerson
Angela M. Dunay
1675 Broadway
New York, NY 10019
(212) 237-1462

*Attorneys for Plaintiff The CFO Squad, LLC*

**COZEN O'CONNOR, P.C.**

By: /s/ Janice Sued Agresti
Janice Sued Agresti
Walter Foster (admitted Pro Hac Vice)
Amanda Giglio
3 WTC, 175 Greenwich Street 55th Floor
New York, NY 10007
(212) 453-3978

*Attorneys for Defendants Luke McPherson, Andriy Mushak, and Nicole Cena*

cc: Counsel of Record (by ECF)