

November 17, 2025

**Janice Sued Agresti**
Direct Phone  212-453-3978
Direct Fax      646-588-1558
jagresti@cozen.com

*Electronically Filed*

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:  The CFO Squad v. Luke McPherson, Andriy Mushak and Nicole Cena
United States District Court, Southern District of New York
Case No. 7:25-CV-08722

Dear Judge Karas:

My firm represents the Defendants in the above referenced action. We write jointly with Plaintiff to respectfully request that the Court stay all discovery deadlines and obligations until 60 days after the pending settlement conference, should the conference not result in resolution. We further request to stay the preliminary injunction hearing until at least 30 days after the close of discovery. The parties remain committed to cooperating in good faith to set the conference at a mutually convenient date and to pursuing resolution without unnecessary litigation.

We thank the Court for its attention to this matter.

Respectfully,

COZEN O'CONNOR

*Janice Sued Agresti*

By:    Janice S. Agresti

JSA
Enclosures

Granted.
So Ordered.
11/17/25

3 WTC    175 Greenwich Street    55th Floor    New York, NY 10007
212.509.9400    800.437.7040    212.509.9492 Fax    cozen.com