

January 21, 2026

**Amanda Giglio**
Direct Phone   212-453-3984
Direct Fax      646-461-2096
agiglio@cozen.com

**VIA ECF**

Hon. Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

**Re:** *The CFO Squad, LLC v. Luke McPherson, et al.*, **Case No. 7:25-cv-08722**

Dear Judge Reznik:

We represent Defendants Luke McPherson, Andriy Mushak, and Nicole Cena in the above-captioned matter, and write jointly on behalf of the Parties.

The Parties submit the instant letter motion to respectfully request an adjournment of at least thirty (30) days of the Settlement Conference scheduled before the Court on January 27, 2026.  As reported by email to Chambers on Thursday, January 15, 2026, the Parties have reached a settlement in principle, and respectfully request this adjournment to afford them the opportunity to finalize and execute a formal agreement on those terms.

We thank the Court for its consideration.

Respectfully submitted,

COZEN O'CONNOR

BY:    AMANDA GIGLIO

AG

The parties' request is **GRANTED**. The settlement conference is adjourned *sine die*. The parties are directed to submit a joint status letter by no later than **February 27, 2026**, updating the Court on the status of the settlement agreement. The Clerk of Court is kindly directed to close the gavel on ECF No. 49.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 1/22/2026